MARCOS D. SASSO (SBN 228905)
sassom@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendant
  CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TRISDALE,<br><br>                    Plaintiff,<br><br>        v.<br><br>CITIBANK, N.A.<br><br>                    Defendant. | CASE NO.<br><br>**NOTICE OF REMOVAL**<br><br>(Pursuant to 28 U.S.C. § 1331 – Federal Question) |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. Sections 1331, 1441(a), and 1446, defendant Citibank, N.A. ("Citibank") hereby removes the action entitled *Jennifer Trisdale v. Citibank, N.A.*, Superior Court of the State of California for the County of Shasta, Case No. 194917 (the "Action"), to the United States District Court for the Eastern District of California on the following grounds:

1. <u>Removal Is Timely</u>.  The Complaint was served on Citibank on May 13, 2020. Citibank has timely filed this Notice of Removal pursuant to 28 U.S.C. § 1446(b) because it has filed it within 30 days of service of the Complaint, and within one year after "commencement of the action" in state court.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings in the Action and received by Citibank are attached as Exhibit 1.  On June 11, 2020, Citibank filed its Answer and Affirmative Defenses in the Action.  A copy of the Answer is attached hereto as Exhibit 2.

2. <u>This Court Has Removal Jurisdiction Over This Action</u>.  The Action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one that Citibank may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) in that Plaintiff alleges violations of the federal Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA") (*see* Compl., ¶¶ 36–41), a claim that is created by, and arises under, federal law.  *See Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740, 748 (2012) (holding that the TCPA's permissive grant of jurisdiction to state courts does not deprive the United States district courts of federal question jurisdiction over private TCPA suits, and that a TCPA claim, "in 28 U.S.C. § 1331's words, plainly 'aris [es] under' the 'laws ... of the United States'").  To the extent any other claims in the Action arise under state law, including the California Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, *et seq.*, the California False Advertising Act, Cal. Business & Professions Code §§ 17500, *et seq.*, and the California Unfair Competition Law, Cal. Business & Professions Code §§ 17200, *et seq.*, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. §§ 1367 and 1441(c).

3. <u>Proper Jurisdiction</u>.  This Court is the proper district court for removal because the Superior Court of the State of California for the County of Shasta is located within the United States District Court for the Eastern District of California.

4. <u>Notice Has Been Effected</u>.  Citibank concurrently is filing a copy of this Notice of Removal of Action with the Superior Court of the State of California for the County of Shasta. Citibank will concurrently serve Plaintiff with copies of this Notice of Removal and the Notice filed in the Action.

Dated: June 12, 2020

BALLARD SPAHR, LLP
MARCOS D. SASSO

By:   */s/ Marcos D. Sasso*
      Marcos D. Sasso

Attorneys for Defendant
CITIBANK, N.A.

NOTICE OF REMOVAL

# **CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is **BALLARD SPAHR LLP**, 2029 Century Park East, Suite 800, Los Angeles, CA 90067-2909. On June 12, 2020, I served the within documents:

**NOTICE OF REMOVAL**

- ☐ **BY FAX**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☑ **BY MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- ☐ **BY E-MAIL**: by attaching an electronic copy of the document(s) listed above to the e-mail address listed below.

- ☐ **BY OVERNIGHT MAIL**: by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

- ☐ **BY PERSONAL DELIVERY**: by causing personal delivery by FIRST LEGAL, INC. of the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Todd M. Friedman<br>Adrian R. Bacon<br>Law Offices of Todd M. Friedman, P.C.<br>21550 Oxnard St., Suite 780<br>Woodland Hills, CA 91367<br>Telephone: (323) 306-4234<br>Facsimile:  (866-633-0228<br>tfriedman@toddflaw.com<br>abacon@toddflaw.com | Plaintiff, Jennifer Trisdale |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 12, 2020 at Los Angeles, California.

_____
Shari L. Green

DMWEST #40215291 v2