MARCOS D. SASSO (SBN 228905)
sassom@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendant
  CITIBANK, N.A.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TRISDALE,<br><br>               Plaintiff,<br><br>     v.<br><br>CITIBANK, N.A.<br><br>               Defendant. | CASE NO.<br><br>**DEFENDANT CITIBANK, N.A.'S RULE 7.1 DISCLOSURE STATEMENT** |

DMWEST #40216552 v3

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Citibank, N.A. states as follows:

Citibank, N.A. is a subsidiary of Citicorp. Citicorp is a subsidiary of Citigroup Inc., a publicly-traded corporation. No publicly held corporation owns 10% of more of Citigroup Inc.'s stock.

Dated: June 12, 2020

BALLARD SPAHR, LLP
MARCOS D. SASSO

By: */s/ Marcos D. Sasso*
Marcos D. Sasso

Attorneys for Defendant
CITIBANK, N.A.

# **CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is **BALLARD SPAHR LLP**, 2029 Century Park East, Suite 800, Los Angeles, CA 90067-2909.  On June 12, 2020, I served the within documents:

**DEFENDANT CITIBANK, N.A.'S RULE 7.1 DISCLOSURE STATEMENT**

- ☐ **BY FAX**:  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ **BY HAND:**  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☑ **BY MAIL**:  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- ☐ **BY E-MAIL**:  by attaching an electronic copy of the document(s) listed above to the e-mail address listed below.

- ☐ **BY OVERNIGHT MAIL**:  by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

- ☐ **BY PERSONAL DELIVERY**:  by causing personal delivery by FIRST LEGAL, INC. of the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Todd M. Friedman<br>Adrian R. Bacon<br>Law Offices of Todd M. Friedman, P.C.<br>21550 Oxnard St., Suite 780<br>Woodland Hills, CA 91367<br>Telephone: (323) 306-4234<br>Facsimile:  (866-633-0228<br>tfriedman@toddflaw.com<br>abacon@toddflaw.com | Plaintiff, Jennifer Trisdale |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 12, 2020 at Los Angeles, California.

Shari L. Green

DMWEST #40216552 v3

CERTIFICATE OF SERVICE