Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TRISDALE,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.<br><br>Defendant. | Case No.<br><br>Case 2:20-cv-01175-JAM-DMC<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants by and through their undersigned counsels, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice.  Each party shall bear their own costs and attorney fees.

  Respectfully submitted August 24, 2020

By: s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

By: */s/ Mark Sasso*
Mark Sasso
Attorney For Defendant

Stipulation to Dismiss- 1

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: August 24, 2020

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on August 24, 2020 with:

United States District Court CM/ECF system

Notification sent electronically on August 24, 2020 to:

To the Honorable Court, all parties and their Counsel of Record

                                       s/ Todd M. Friedman, Esq
                                          Todd M. Friedman