# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

JENNIFER TRISDALE, )
)
Plaintiff, ) Case 2:20-cv-01175-JAM-DMC
)
v. ) **ORDER TO DISMISS WITH PREJUDICE**
)
CITIBANK, N.A. )
)
Defendant. )
)

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated:   August 24, 2020

/s/ John A. Mendez_____

United States District Court Judge